[No. 47011-0-II.   Division Two.   December 6, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOHN PIERCE, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 09-1-00058-7, Keith C. Harper, J., entered December 12, 2014. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Maxa, A.C.J., and Melnick, J.

[No. 47283-0-II.   Division Two.   December 6, 2016.]

*In the Matter of the Guardianship of* CHRISTOPHER JUNK.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-4-00830-7, Garold E. Johnson, J., entered February 6, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Johanson and Melnick, JJ.

[No. 47343-7-II.   Division Two.   December 6, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. GUY MILTON SAMPLE III, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-02865-4, Gretchen Leanderson, J., entered March 20, 2015. *Affirmed in part* and *remanded* by unpublished opinion per Maxa, A.C.J., concurred in by Johanson and Melnick, JJ.